# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN YOCOM,<br><br>　　　　Petitioner,<br><br>　v.<br><br>LEA ANN CHRONES, Warden,<br><br>　　　　Respondent.<br>_____/ | CV F   05-1363 OWW SMS HC<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS OF MARCH 27, 2006, AND DIRECTING CLERK OF COURT TO RE-SERVE COURT'S ORDER DATED FEBRUARY 17, 2006, ON PETITIONER AT NEW ADDRESS OF RECORD<br><br>[Court Docs. 10, 11] |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner filed the instant petition on July 5, 2005, in the United States District Court for the Eastern District of California, Sacramento Division.  By order of October 28, 2005, the petition was transferred to the Fresno Division.

　　　On February 17, 2006, the Court issued an order to show cause why the instant petition should not be dismissed for failure to exhaust the state court remedies.  (Court Doc. 10.)  Petitioner failed to respond to the Court's order; therefore, on March 27, 2006, the Court issued Findings and Recommendations that the instant petition be dismissed.  (Court Doc. 11.)

　　　Three days after the Findings and Recommendations were issued, Petitioner filed a notice of change of address on March 30, 2006.  (Court Doc. 12.)  Petitioner indicates that he has not received or heard anything from the Court in this action.  (Id.)

　　　Because Petitioner has not received the Court's prior orders in this action, and has now submitted a change of address, the Court will vacate the Findings and Recommendations of

1

March 27, 2006, and direct the Clerk of Court to re-serve the Court's February 17, 2006, on Petitioner at his new address of record. However, Petitioner is advised that pursuant to Local Rule 83-182(f) each party is under a continuing duty to inform the Court of any change of address. Absent such notice, service of documents at the prior address of record of the party is effective service. Local Rule 83-182(f). Further, "[i]f mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty (60) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute." Local Rule 83-183(b). The Court will grant Petitioner this one opportunity to file a response to the Court's February 17, 2006, order.

Based on the foregoing, it is HEREBY ORDERED that:

1. The Findings and Recommendations of March 27, 2006, is VACATED;

2. The Clerk of Court shall re-serve a copy of the Court's order dated February 17, 2006, at Court Document 6 on Petitioner; and

3. Petitioner shall file a response to the February 17, 2006, order within thirty days from the date of service of this order, or the action will be dismissed pursuant to that order.

IT IS SO ORDERED.

Dated:   May 22, 2006
icido3
/s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE