# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN YOCOM,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LEA ANN CHRONES, Warden,<br><br>　　　　　Respondent.<br>_____/ | CV F   05-1363 OWW SMS HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE REGARDING EXHAUSTION OF STATE COURT REMEDIES<br><br>[Doc. 10] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On February 17, 2006, the Court issued an order to show cause why the action should not be dismissed for failure to exhaust the state court remedies.[1]  (Court Doc. 10.)

　　　　On June 16, 2006, Petitioner filed a respond entitled "Objections to Findings and Recommendations." (Court Doc. 14.)  Petitioner submits that he has exhausted the state court remedies and attaches a copy of the denial by the California Supreme Court.  (Court Doc. 14.)  Accordingly, the Court will vacate the order to show cause, issued February 17, 2006, and in a separate order filed concurrently herewith, the Court will direct Respondent to file a response to the petition.

---

[1] The Court ordered a copy of that order re-served on Petitioner on May 23, 2006, at his new address of record.  (Court Doc. 13.)

1

1    Based on the foregoing, it is HEREBY ORDERED that the order to show cause issued
2 February 17, 2006, is DISCHARGED.

4 IT IS SO ORDERED.

5 **Dated:**   **July 26, 2006**                        /s/ Sandra M. Snyder
  icido3                                         UNITED STATES MAGISTRATE JUDGE

2