# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN YOCOM,<br><br>  Petitioner,<br><br>  v.<br><br>LEA ANN CHRONES, Warden,<br><br>  Respondent.<br>_____/ | CV F   05-1363 OWW SMS HC<br><br>ORDER DIRECTING RESPONDENT TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO PETITIONER'S MOTION TO DISMISS; RESPONSE DUE WITHIN TEN DAYS FROM DATE OF SERVICE<br><br>[Doc. 24] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 24, 2006, Respondent filed an answer to the petition, and on November 17, 2006, Petitioner filed a traverse. On January 10, 2007, Petitioner filed a motion to dismiss the instant petition. Respondent has not filed an opposition or statement of non-opposition. Local Rule 78-230(m).

Accordingly, within ten (10) days from the date of service of this order, Respondent shall file an opposition or statement of non-opposition to Petitioner's motion to dismiss.

IT IS SO ORDERED.

**Dated:   May 9, 2007**              /s/ Sandra M. Snyder
                                       UNITED STATES MAGISTRATE JUDGE