# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN YOCOM,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LEA ANN CHRONES, Warden,<br><br>　　　　　Respondent.<br>_____/ | CV F   05-1363 LJO SMS HC<br><br>ORDER GRANTING PETITIONER'S MOTION TO DISMISS PETITION<br><br>[Doc. 24] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On October 24, 2006, Respondent filed an answer to the petition, and on November 17, 2006, Petitioner filed a traverse.  On January 10, 2007, Petitioner filed a motion to dismiss the instant petition. (Court Doc. 24.)  On May 14, 2007, Respondent filed a statement of non-opposition to Petitioner's motion. (Court Doc. 27.)

　　　　Rule 41(a)(1) of the Federal Rules of Civil Procedure provides in part:

> [A]n action may be dismissed by the plaintiff without order of court (I) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action.

　　　　Rule 41(a)(2) provides in part:

> Except as provided in paragraph (1) of this subdivision of this rule, an action shall not be dismissed at the plaintiff's instance save upon order of the

1 court and upon such terms and conditions as the court deems proper.

2 Because Respondent has filed a formal answer in this case, the action cannot be
3 dismissed without an order by the Court.  As Respondent has no objection to the dismissal of the
4 case, Petitioner's motion is GRANTED, and the action is HEREBY DISMISSED, with
5 prejudice.

6 IT IS SO ORDERED.

7 **Dated:   May 15, 2007**           /s/ Lawrence J. O'Neill
   UNITED STATES DISTRICT JUDGE